UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

CXE 19-025222
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Charles G. Wohlrab, Esq. 016592012
ATTORNEYS FOR NATIONSTAR MORTGAGE
LLC D/B/A MR. COOPER

IN RE:

THOMAS A. THRESS AND ASHLEY M. THRESS
A/K/A ASHLEY M. TITUS, DEBTORS

Order Filed on April 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO.: 15-30823-ABA

JUDGE: HONORABLE ANDREW B. ALTENBURG, JR.

CHAPTER: 13

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

DATED: April 7, 2020

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter being opened to the Court by Shapiro & DeNardo, LLC, Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper, hereinafter "Secured Creditor", upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtors to make post-petition payments on a mortgage obligation and due notice of said Motion and the supporting Certification having been given by mail to the Trustee, the Debtors and the attorney for the Debtors, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. Debtors are currently delinquent in post-petition payments to Secured Creditor for the months of February 1, 2020 through March 1, 2020 in the total amount of $2,604.54, less a suspense of $1,129.25, for a total post-petition arrearage of $1,475.29.

2. To cure the delinquency outlined in paragraph one (1), debtor agrees to remit to Secured Creditor a monthly cure payment in the amount of $737.66 for the month of April 1, 2020 and one (1) final cure payment of $737.63 for the month of May 1, 2020.

3. Starting April 1, 2020, Debtor also agrees to maintain all contractually due payments to Secured Creditor, which currently amount to $1,302.27.

4. Payments should be submitted to the Secured Creditor via Certified Check to the below address:

    Nationstar Mortgage, LLC dba Mr. Cooper
    PO Box 619094
    Dallas, TX 75261-9741

5. Debtors shall reimburse Secured Creditor $500.00 in attorney fees and $181.00 in court costs through the remaining Chapter 13 Plan. The Trustee shall amend his/her records to reflect same.

6. If the Debtor(s) fails to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, then the Secured Creditor may send Debtor and Debtor's Counsel a written notice of default of this Consent Order. If the default is not cured within ten (10) days of such notice, Mortgagee may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor(s) failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor(s) Counsel and Debtor(s) as required by the local bankruptcy rules.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

/s/ Charles G. Wohlrab                    Date: 04/07/2020
Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor

                                          Date: 4/7/20
Steven N. Taieb, Esquire
Attorney for the Debtors

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas A. Thress  
Ashley M. Thress  
      Debtors

Case No. 15-30823-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Apr 07, 2020
                              Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2020.
db/jdb        +Thomas A. Thress,   Ashley M. Thress,   448 9th Street,   Newtonville, NJ 08346-2019

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                           TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2020 at the address(es) listed below:
            Charles G. Wohlrab   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
             cwohlrab@LOGS.com,   njbankruptcynotifications@logs.com
            Denise E. Carlon   on behalf of Creditor   Pacific Union Financial, LLC
             bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
            Denise E. Carlon   on behalf of Creditor   Kubota Credit Corporation dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Donna L. Wenzel   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
            Francesca Ann Arcure   on behalf of Creditor   Kubota Credit Corporation
             NJ_ECF_Notices@McCalla.com,   NJ_ECF_Notices@McCalla.com
            Isabel C. Balboa   ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
            Krystin Miranda Kane   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
             kralex@logs.com
            Melissa N. Licker   on behalf of Creditor   Kubota Credit Corporation NJ_ECF_Notices@mccalla.com
            Steven N. Taieb   on behalf of Debtor Thomas A. Thress staieb@comcast.net,   sntgale@aol.com
            Steven N. Taieb   on behalf of Joint Debtor Ashley M. Thress staieb@comcast.net,   sntgale@aol.com
                                                                                                             TOTAL: 10