Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15–30823–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Thomas A. Thress
448 9th Street
Newtonville, NJ 08346

Ashley M. Thress
aka Ashley M. Titus
448 9th Street
Newtonville, NJ 08346

Social Security No.:
xxx–xx–1833

xxx–xx–5088

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:        November 24, 2020
Time:        10:00 AM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*67* – Certification in Opposition to (related document:66 Creditor's Certification of Default (related document:53 Motion for Relief from Stay re: Lot 49.02; Block 1601 Commonly known as 448 Ninth (9th) Street, Newtonville, New Jersey 08346. Fee Amount $ 181. filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper) filed by Elizabeth L. Wassall on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. Objection deadline is 11/4/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit) filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper) filed by Steven N. Taieb on behalf of Ashley M. Thress, Thomas A. Thress. (Attachments: # 1 Exhibit A # 2 Certificate of Service) (Taieb, Steven)

and transact such other business as may properly come before the meeting.

Dated: October 27, 2020
JAN: eag

Jeanne Naughton
Clerk