Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−30823−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Thomas A. Thress
448 9th Street
Newtonville, NJ 08346

Ashley M. Thress
aka Ashley M. Titus
448 9th Street
Newtonville, NJ 08346

Social Security No.:
xxx−xx−1833

xxx−xx−5088

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:            November 24, 2020
Time:            10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*67* − Certification in Opposition to (related document:66 Creditor's Certification of Default (related document:53 Motion for Relief from Stay re: Lot 49.02; Block 1601 Commonly known as 448 Ninth (9th) Street, Newtonville, New Jersey 08346. Fee Amount $ 181. filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper) filed by Elizabeth L. Wassall on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. Objection deadline is 11/4/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit) filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper) filed by Steven N. Taieb on behalf of Ashley M. Thress, Thomas A. Thress. (Attachments: # 1 Exhibit A # 2 Certificate of Service) (Taieb, Steven)

and transact such other business as may properly come before the meeting.

Dated: October 27, 2020
JAN: eag

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 15-30823-ABA
Thomas A. Thress                                                                                                Chapter 13
Ashley M. Thress
    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 27, 2020 | Form ID: 173 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Thomas A. Thress, Ashley M. Thress, 448 9th Street, Newtonville, NJ 08346-2019

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason**    **Name and Address**
jdb    *+    Ashley M. Thress, 448 9th Street, Newtonville, NJ 08346-2019

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2020    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2020 at the address(es) listed below:**

**Name**    **Email Address**

Denise E. Carlon
    on behalf of Creditor Pacific Union Financial LLC bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor Kubota Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Donna L. Wenzel
    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Elizabeth L. Wassall
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ewassall@logs.com njbankruptcynotifications@logs.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 27, 2020 | Form ID: 173 | Total Noticed: 1 |

Francesca Ann Arcure
　　　　on behalf of Creditor Kubota Credit Corporation NJ_ECF_Notices@McCalla.com  NJ_ECF_Notices@McCalla.com

Isabel C. Balboa
　　　　ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Krystin Miranda Kane
　　　　on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kralex@logs.com

Melissa N. Licker
　　　　on behalf of Creditor Kubota Credit Corporation NJ_ECF_Notices@mccalla.com  mccallaecf@ecf.courtdrive.com

Steven N. Taieb
　　　　on behalf of Debtor Thomas A. Thress staieb@comcast.net  sntgale@aol.com

Steven N. Taieb
　　　　on behalf of Joint Debtor Ashley M. Thress staieb@comcast.net  sntgale@aol.com

TOTAL: 10