Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                      Case No.: 15−30823−ABA
                      Chapter:  13
                      Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Thomas A. Thress<br>448 9th Street<br>Newtonville, NJ 08346 | Ashley M. Thress<br>aka Ashley M. Titus<br>448 9th Street<br>Newtonville, NJ 08346 |

Social Security No.:
  xxx−xx−1833                                 xxx−xx−5088

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 7, 2021</u>                 <u>Andrew B. Altenburg Jr.</u>
                                          Judge, United States Bankruptcy Court